80 A.3d 1118

**Daniel Joseph DODGE**

v.

**STATE of Maryland.**

**No. 38, Sept. Term, 2013.**

Court of Appeals of Maryland.

Dec. 10, 2013.

Thomas M. Donnelly (Bennett J. Wills, Law Offices of Thomas M. Donnelly, LLC, Baltimore, MD), on brief, for Petitioner.

Brenda Gruss, Asst. Atty. Gen. (Douglas F. Gansler, Attorney General of Maryland, Baltimore, MD), on brief, for Respondent.

Argued before BARBERA, C.J., HARRELL, BATTAGLIA, GREENE, ADKINS, McDONALD and WATTS, JJ.

PER CURIAM ORDER.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 10th day of December, 2013,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.